IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS SALCEDO,<br><br>　　　　　Defendant. | **8:01CR40**<br><br>**ORDER** |

　　　This matter is before the Court on the government's Motion for Dismissal (Filing No. 160) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Luis Salcedo, a/k/a Luis Salcedo-Solis. The Court finds the Motion should be granted. Accordingly,

　　　IT IS ORDERED:

　　　1.　The government's Motion for Dismissal (Filing No. 160) is GRANTED.

　　　2.　The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Luis Salcedo, a/k/a Luis Salcedo-Solis.

　　　Dated this 4th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　　　United States District Judge